**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL WARREN, : No. 69 MAP 2018
:
        Appellant : Appeal from the Order of the Dauphin
: County Court of Common Pleas, at
: 2018-CV-1833-EQ, dated September
        v. : 10, 2018 (exited September 11, 2018)
:
:
JOSH SHAPIRO, KENNETH L. JOEL :
AND CALEB C. ENERSON, :
:
        Appellees :

## ORDER

**PER CURIAM**                     **DECIDED:  September 26, 2019**

     **AND NOW,** this 26th day of September, 2019, the order of the Dauphin County

Court of Common Pleas is **AFFIRMED**.